UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                            )<br>                    Plaintiff,              )<br>                                                            )<br>         v.                                          )<br>                                                            )<br> CHRISTINE E. GROTTING,            )<br>                                                            )<br>                    Defendant.          )<br> _____ ) | Case No. CR05-00271-JCC-JPD<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

     An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on May 18, 2006.  The United States was represented by Assistant United States Attorney Ronald Friedman, and the defendant by Mr. Jay Stansell. The proceedings were recorded on cassette tape.

     The defendant had been charged and convicted of Conspiracy to Acquire a Controlled Substance by Deception.  On or about January 27, 2006, defendant was sentenced by the Honorable John C. Coughenour to a term of two (2) years of supervised release.

     The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions.  Special conditions imposed included, but were not limited to, substance-abuse treatment, consent to search and seizure, no possession of firearms, and financial disclosure.

     In a Petition for Warrant or Summons dated April 13, 2006, U.S. Probation Officer Felix Calvillo, Jr. asserted the following violation by defendant of the conditions of her supervised release:

Violation No. 1: Using Percocet on or before April 4, 2006, a controlled substance without a valid prescription, in violation of standard condition No. 7.

The defendant was advised of the allegation, and advised of her rights. Defendant admitted to the violation, and waived any rights to an evidentiary hearing as to whether it occurred.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to Violation No. 1, and that the Court conduct a hearing limited to disposition. A disposition hearing on violation number 1 will be set before the Honorable John C. Coughenour at time to be determined.

Pending a final determination by the Court, the defendant has been released, subject to continued supervision.

DATED this 18th day of May, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:         Honorable John C. Coughenour
     AUSA:                   Mr. Ronald Friedman
     Defendant's attorney:   Mr. Jay Stansell
     Probation officer:      Mr. Felix Calvillo