UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>               Plaintiff,                      )<br>                                                            )<br>       v.                                             )<br>                                                            )<br>CHRISTINE E. GROTTING,           )<br>                                                            )<br>               Defendant.                  )<br>_____ ) | Case No. CR05-271-JCC<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATION<br>OF SUPERVISED RELEASE |

        An initial hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on January 16, 2008. The United States was represented by Assistant United States Attorney Ronald J. Friedman, and the defendant by Jay Stansell. The proceedings were digitally recorded.

        The defendant had been charged and convicted of Conspiracy to Acquire a Controlled Substance by Deception, in violation of 21 U.S.C. §§ 843(a)(3), 843(d) and 846. On or about January 27, 2006, defendant was sentenced by the Honorable John C. Coughenour to two (2) years probation.

        The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse program, financial disclosure, no possession of firearms, and submit to search.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE
PAGE 1

In a Petition for Warrant or Summons dated December 19, 2007, U.S. Probation Officer Felix Calvillo, Jr. alleged the following violations by defendant of the conditions of her supervised release:

(1) Using Oxycodone and Vicodin, a controlled substance without a valid prescription, on or about June 20, 2007, in violation of standard condition #7.

(2) Failing to successfully participate in substance abuse treatment, by being discharged on November 8, 2007, in violation of the special condition of probation.

(3) Failing to submit to urine testing as directed on August 15, September 18, October 4, 17, November 1, 15, 26, 2007, in violation of the special condition of probation.

The defendant was advised of her rights, acknowledged those rights, and admitted to the three alleged violations.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violations 1, 2 and 3, and that the Court conduct a hearing limited to disposition. A disposition hearing has been set before the Honorable John C. Coughenour for February 15, 2008 at 9:45 a.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 16th day of January, 2008.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:         Honorable John C. Coughenour
     AUSA:                   Mr. Ronald J. Friedman
     Defendant's attorney:   Mr. Jay Stansell
     Probation officer:      Mr. Felix Calvillo, Jr.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE
PAGE 2